1026

THE STATE OF WASHINGTON, *Petitioner*, v.
MATTHEW HAWK, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 235217R020, Robert H. Peterson, J., entered July 8, 1991. *Reversed* by unpublished opinion per Alexander, J., concurred in by Morgan, C.J., and Houghton, J.

THE STATE OF WASHINGTON, *Respondent*, v. KEITH A.
BROWN, *Appellant*.

*In the Matter of the Personal Restraint of* KEITH A.
BROWN, *Petitioner*.

Appeal from a judgment of the Superior Court for Lewis County, No. 91-1-00041-1, H. John Hall, J., entered May 30, 1991, together with petitions for relief from personal restraint. Judgment *affirmed*, petition 16129-0 *dismissed*, and petition 16700-0 *granted* by unpublished opinion per Houghton, J., concurred in by Morgan, C.J., and Alexander, J.

ZIRKLE FRUIT COMPANY, *Respondent*, v. CARL
PERLEBERG, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Yakima County, No. 89-2-02324-4, Michael W. Leavitt, J., entered February 14, 1992. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, J., and Clarke, J. Pro Tem.